UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Elizabeth A. Pascal |
| v. | : | Mag. No. 23-7084 (EAP) |
| ESTHER AMPPIAW | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Elisa T. Wiygul, Assistant U.S. Attorney, appearing), and defendant Esther Amppiaw (James Maguire, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through May 31, 2025.

2. This Court has granted eight § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that the defendant has signed a plea agreement, a District Judge has been assigned, and the District Judge has scheduled a guilty plea hearing for April 24, 2025, thereby avoiding indictment and trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after her arrest.

6. The defendant, through counsel, has consented to this continuance.

      7.     FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.     The defendant has signed a plea agreement, a District Judge has been assigned, and both the United States and the defendant seek additional time for the defendant to enter her guilty plea before a District Judge, which is currently scheduled for April 24, 2025, which would render grand jury proceedings and a trial in this matter unnecessary.

      b.     Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through May 31, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                                      _/s/ Elizabeth A. Pascal_
                                                    HON. ELIZABETH A. PASCAL
                                                    United States Magistrate Judge

Dated: March 5, 2025

Form and entry consented to:

/s/ Elisa T. Wiygul
ELISA T. WIYGUL
Assistant U.S. Attorney

/s/ James Maguire
JAMES MAGUIRE
Counsel for Defendant Esther Amppiaw

/s/ Jason M. Richardson
JASON M. RICHARDSON
Attorney-in-Charge
Camden Office